UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **DIRECTV, INC.,** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )     No. 3:05cv0744 AS |
| | ) |
| **WILLIAM TELLER,** | ) |
| | ) |
| Defendant. | ) |

*MEMORANDUM, OPINION AND ORDER*

This court takes full judicial notice of the record in this case. Magistrate Judge Christopher A. Nuechterlein filed a Report and Recommendation in this case on February 5, 2007, and as of today, there were no objections or responses filed by the defendant. This court now **ADOPTS** the recommendation of the magistrate judge. The Court will enter a separate order granting the motion for default judgment. **IT IS SO ORDERED.**

    **DATED: February 26, 2007**


                                                          S/ ALLEN SHARP
                                                    **ALLEN SHARP, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**


cc: The Honorable Christopher A. Nuechterlein